# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2010

140135 & (20)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 140135
COA: 294249
Macomb CC: 2003-002588-FC

GARY ANTHONY HOBBS,
      Defendant-Appellant.

_____/

      By order of July 15, 2010, this case was remanded to the Macomb Circuit Court for resentencing. On order of the Court, a new judgment of sentence and the resentencing transcript having been received, the application for leave to appeal the October 20, 2009 order of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2010

_____
Clerk